# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 11, 2022

## NO. 03-21-00017-CV

**5653.041 Acre Ranch, L.P. and John McCall, Appellants**

**v.**

**Lewis-Watkins-Farmer Agency d/b/a Watkins Insurance Group, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND JONES
VACATED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE JONES**

This is an appeal from the order for severance and final judgment signed by the trial court on December 10, 2020. Having reviewed the record, it appears that the trial court lacked jurisdiction over the third-party action and severed case. Therefore, the Court vacates the trial court's judgment and dismisses the cause for want of subject matter jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.